UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| TIMOTHY FIDLER, derivatively on behalf of CELSION CORPORATION,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL H. TARDUGNO, JEFFREY W. CHURCH, NICHOLAS BORYS, DONALD P. BRAUN, AUGUSTINE CHOW, FREDERICK J. FRITZ, ROBERT W. HOOPER, ALBERTO R. MARTINEZ, and ANDREAS VOSS,<br><br>Defendants,<br><br>and<br><br>CELSION CORPORATION,<br><br>Nominal Defendant. | Case No.: 3:21-cv-02662<br><br><br><br>**STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE AND WITHOUT COSTS OR FEES** |

IT IS HEREBY STIPULATED AND AGREED by and among Plaintiff Timothy Fidler ("Plaintiff"), Nominal Defendant Celsion Corporation (now Imunon Inc.) ("Celsion" or the "Company"), and Defendants Michael H. Tardugno, Jeffrey W. Church, Nicholas Borys, Donald P. Braun, Augustine Chow, Frederick J. Fritz, Robert W. Hooper, Alberto R. Martinez, and Andreas Voss (collectively, the "Individual Defendants" and together with Celsion, the "Defendants") (Plaintiff and Defendants collectively, the "Parties"), through their respective counsel, that all claims asserted in the above-captioned action are hereby dismissed in their entirety without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), without any award of counsel fees or other expenses.

**IT IS SO ORDERED** this 30th day of May 2024.

_____
ZAHID N. QURAISHI, U.S.D.J.

**IT IS SO STIPULATED.**

Date: May 29, 2024

**GIBBONS P.C.**
s/ Kate E. Janukowicz
Kate E. Janukowicz
One Gateway Center
Newark, New Jersey 07102
Telephone: (973) 596-4913
Email: kjanukowicz@gibbonslaw.com

**BAKER MCKENZIE**
Perrie Weiner*
Ben Turner*
10250 Constellation Boulevard
Los Angeles, California 90067
Telephone: (310) 201-4728
Email: Perrie.Weiner@bakermckenzie.com
          Ben.Turner@bakermckenzie.com

*pro hac vice* application not yet submitted
*Counsel for Defendants*

**PAWAR LAW GROUP, P.C.**
 s/ Vik Pawar
Vik Pawar
20 Vesey Street, Suite 1410
New York, NY 10007
Telephone: (212) 571-0805
Email: vik@pawarlaw.com

**THE BROWN LAW FIRM, P.C.**
Timothy Brown
The Brown Law Firm, P.C.
767 Third Avenue, Suite 2501
New York, NY 10017
Telephone: (516)922-5427
Email: tbrown@thebrownlawfirm.net

*Counsel for Plaintiff*